97 A.3d 1141

IN THE MATTER OF BENNETT E. LANGMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 010872007).

September 10, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–407, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **BENNETT E. LANGMAN** of **NEWTOWN, PENNSYLVANIA,** who was admitted to the bar of this State in 2007, should be disbarred based on discipline imposed in the Commonwealth of Pennsylvania that in New Jersey constitutes violations of *RPC* 1.2(a) (failure to abide by the client's decisions concerning the scope and objectives of the representa-

tion), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep the client reasonably informed about the states of a matter), *RPC* 1.4(c) (failure to explain a matter to the extent necessary to allow the client to make informed decisions about the representation), *RPC* 3.3(a)(1) (false statement of material fact or law to a tribunal), *RPC* 4.1(a) (false statement of material fact to a third person), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial the administration of justice);

And **BENNETT E. LANGMAN** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **BENNETT E. LANGMAN** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **BENNETT E. LANGMAN** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **BENNETT E. LANGMAN** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **BENNETT E. LANGMAN** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.